UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE MOVE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW CIBO VITA, LLC,<br><br>Defendant. | Case No.: 2:25-cv-04148-MEF-AME<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Michelle Move ("Plaintiff") and Defendant New Cibo Vita, LLC ("Cibo Vita" or "Defendant"), through their respective counsel, stipulate as follows:

WHEREAS, on May 12, 2025, Plaintiff filed the Complaint in the above-captioned action (ECF No. 1);

WHEREAS, on May 15, 2025, Counsel for Defendant accepted service of the summons and the Complaint;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's current deadline to respond to the Complaint is June 5, 2025;

WHEREAS, counsel for Plaintiff and Defendant have agreed to extend the time for Defendant to answer the Complaint to and including July 17, 2025;

WHEREAS, no party has made any requests for an extension of time within which to make a submission to the Court or for an adjournment of a conference or to excuse an appearance with the Court;

THEREFORE, Plaintiff and Defendant hereby stipulate and agree, by and through their respective undersigned counsel, that Defendant's deadline to answer, move against, or otherwise respond to the Complaint is extended to and including July 17, 2025.

1

Dated: May 19, 2025                    By: */s/ Philip L. Fraietta*
                                              Philip L. Fraietta

                                       **BURSOR & FISHER, P.A.**
                                       Joseph I. Marchese (*pro hac vice* forthcoming)
                                       Philip L. Fraietta (Bar No. 118322014)
                                       Eleanor R. Grasso (*pro hac vice* forthcoming)
                                       1330 Avenue of the Americas, 32nd Floor
                                       New York, NY 10019
                                       Telephone: (646) 837-7150
                                       Facsimile: (212) 989-9163
                                       Email: jmarchese@bursor.com
                                              pfraietta@bursor.com
                                              egrasso@bursor.com

                                       *Attorneys for Plaintiff*

Dated: May 19, 2025                    By: */s/ Liza M. Walsh*
                                              Liza M. Walsh

                                       **WASLH PIZZI O'REILLY FALANGA LLP**
                                       Liza M. Walsh
                                       Jessica K. Formichella
                                       100 Mulberry Street, 15th Floor
                                       Newark, New Jersey 07102
                                       Telephone: (973) 757-1015
                                       Email: lwalsh@walsh.law
                                              jformichella@walsh.law

                                       *Attorney for Defendant*

**SO ORDERED.**

Dated: Newark, New Jersey

_____, 2025                    _____
                                       UNITED STATES DISTRICT JUDGE
                                       MICHAEL E. FARBIARZ