Liza M. Walsh
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Telephone: (973) 757-1100

*Attorneys for Defendant New Cibo Vita LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHELLE MOVE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>NEW CIBO VITA LLC,<br><br>                Defendant. | Civil Action No. 2:25-cv-04148 (MEF-AME)<br><br>*Electronically Filed* |

**NEW CIBO VITA LLC's CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant New Cibo Vita LLC certifies that it is a wholly owned subsidiary of CIBO Holdings II, LLC. CIBO Holdings II, LLC is a wholly owned subsidiary of CIBO Holdings I, LLC. CIBO Holdings I, LLC is a wholly owned subsidiary of Cibo Vita Ceres, LLC. No publicly held corporation owns more than 10% New Cibo Vita LLC.

*{Signatures on Following Page}*

Dated:  July 7, 2025

Respectfully submitted,

/s/Liza M. Walsh
Liza M. Walsh
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Telephone: (973) 757-1100

*Attorneys for Defendant New Cibo Vita LLC*

2