

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

September 24, 2025

**VIA ECF**
Honorable Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *Move v. New Cibo Vita LLC*
          **Case No. 2:25-cv-04148 (MEF-AME)**

Dear Judge Farbiarz:

    This firm, together with Nelson Mullins Riley & Scarborough LLP, represents Defendant New Cibo Vita LLC ("Defendant"), in connection with the above-referenced matter.

    We write with the consent of Plaintiffs to respectfully request a short extension, until October 3, 2025 for the submission of Defendant's Reply in further support of Motion to Dismiss First Amended Class Action Complaint, which is currently due September 29, 2025.

    Should the requested extension meet with Your Honor's approval, we respectfully request that Your Honor "So Order" this correspondence and have it be entered on the docket.

    As always, we are available should Your Honor or Your Honor's staff have any questions regarding this request and thank the Court for its attention to this matter.

    Respectfully submitted,

    *s/ Liza M. Walsh*

    Liza M. Walsh

cc: All Counsel of Record (via ECF and Email)

SO ORDERED:

_____
Hon. Michael E. Farbiarz, U.S.D.J.

September 26, 2025