BURSOR & FISHER
P.A.

50 MAIN STREET
SUITE 475
WHITE PLAINS, NY 10606
www.bursor.com

PHILIP L. FRAIETTA
Tel: 914.874.0708
Fax: 914.206.3656
pfraietta@bursor.com

September 15, 2026

**VIA ECF**

Honorable André M. Espinosa, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Move et. al. v. New Cibo Vita, LLC*, Civil Action No. 2:25-cv-04148-MEF-AME

Dear Judge Espinosa:

I am counsel for Plaintiffs Michelle Move, Janet Ross, and Jessica Singh. I write jointly with counsel for Defendant, New Cibo Vita, LLC, pursuant to this Court's Pretrial Scheduling Order (ECF No. 45), in advance of the September 22, 2026 Status Conference.

Since our last teleconference with the Court, the Parties have served written discovery requests. Defendant served its discovery responses on September 9, 2026, and Plaintiffs' responses are due on September 23, 2026. The Parties are currently working together to submit a Protective Order and ESI Protocol. Neither party has made any document production yet.

Counsel for the Parties have met and conferred, and in light of the foregoing, propose to continue the upcoming Status Conference for 60 days until November 23, 2026, or at the Court's convenience.

Thank you for the Court's consideration.

Respectfully submitted,

Philip L. Fraietta

CC: All Counsel of Record (Via ECF)